UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN MIRANDA

        Plaintiff,

   v.

GIOVINDER AVILEZ,

        Defendant.
_____/

No. C-11-01550EDL

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

    It has come to the Court's attention that Defendant failed to appear at an ADR phone conference on September 7, 2011. Defendant also failed to appear that the initial case management conference before this Court on July 12, 2011. A further case management conference is hereby set for September 15, 2011 at 4:15 p.m., at which time Defendant shall appear before this Court and be prepared to explain his previous failures to appear at Court-ordered events.

Dated: September 8, 2011

                                    _____
                                    ELIZABETH D. LAPORTE
                                    United States Magistrate Judge