United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MIRANDA | |
| Plaintiff, | No. C-11-01550EDL |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| GIOVINDER AVILEZ, | |
| Defendant. | |

It has come to the Court's attention that Defendant failed to appear at an ADR phone conference on September 7, 2011.  Defendant also failed to appear that the initial case management conference before this Court on July 12, 2011.  A further case management conference is hereby set for September 15, 2011 at 4:15 p.m., at which time Defendant shall appear before this Court and be prepared to explain his previous failures to appear at Court-ordered events.

Dated: September 8, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge