UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN MIRANDA,

    Plaintiff,

v.

GIOVINDER AVILEZ,

    Defendant.

_____/

No. C-11-01550 EDL

~~[Proposed]~~ ORDER

It is hereby ORDERED THAT:

1. All non-expert discovery shall be completed no later than November 21, 2011 (currently set at October 17, 2011).

2. Initial expert disclosures shall be made no later than November 28, 2011 (currently set at October 31, 2011). Rebuttal expert disclosures shall be made no later than December 12, 2011 (currently set at November 14, 2011).

3. All expert discovery shall be completed no later than December 26, 2011 (currently set at November 28, 2011).

4. All other dates and requirements shall remain the same as in the Case Management and Pretrial Order for Jury Trial filed on July 27, 2011.

Dated: October 24, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge