United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN MIRANDA

               Plaintiff,

   v.

GIOVINDER AVILEZ

               Defendant.

_____/

No. C 11-01550 EDL

ORDER OF DISMISSAL

     On February 28, 2012, Plaintiff Ruben Miranda filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Doc. no. 20.  Because Defendant Giovinder Avilez has filed an answer in this action and did not enter a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), the Court construes Plaintiff's notice as a request for dismissal pursuant to Rule 41(a)(2).  Accordingly, the Court hereby grants the request for dismissal and the action is DISMISSED WITHOUT PREJUDICE.

Dated: March 1, 2012

_____

ELIZABETH D. LAPORTE
United States Magistrate Judge