**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8

9    RUBEN MIRANDA

10                  Plaintiff,                        No. C 11-01550 EDL

11          v.
                                                     ORDER OF DISMISSAL
12   GIOVINDER AVILEZ

13                  Defendant.
     _____/
14

15          On February 28, 2012, Plaintiff Ruben Miranda filed a notice of voluntary dismissal without

16   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Doc. no. 20.  Because Defendant

17   Giovinder Avilez has filed an answer in this action and did not enter a stipulation of dismissal pursuant

18   to Rule 41(a)(1)(A)(ii), the Court construes Plaintiff's notice as a request for dismissal pursuant to Rule

19   41(a)(2).  Accordingly, the Court hereby grants the request for dismissal and the action is DISMISSED

20   WITHOUT PREJUDICE.

21

22   Dated: March 1, 2012

23                                              _____
                                                ELIZABETH D. LAPORTE
24                                              United States Magistrate Judge

25

26

27

28